UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUN LIFE HEALTH & INSURANCE CO.,

Plaintiff,

-v-

KATHLEEN COLAVITO, et al.,

Defendants.

11-CV-5225 (KMK)

SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

At the conference held before the Court on June 28, 2012, the Court adopted the following scheduling order:

If Defendants Domenic and Teresa Colavito wish to amend their pleadings, they shall do so by July 27, 2012. The Parties shall conclude discovery by October 31, 2012. Defendant Kathleen Colavito shall submit a revised pre-motion conference letter by November 2, 2012. Defendants Domenic and Teresa Colavito shall respond by November 9, 2012. The Court shall hold a pre-motion conference on November 16, 2012 at 12:15 p.m.

Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed while the motion is pending.

SO ORDERED.

DATED:     White Plains, New York
           June 29, 2012

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE