UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUN LIFE AND HEALTH INSURANCE COMPANY,

           Plaintiff,

-v-

KATHLEEN COLAVITO, et al.,

           Defendants.

11-CV-5225 (KMK)

MOTION SCHEDULING ORDER

---

KENNETH M. KARAS, District Judge:

    At the Pre-Motion Conference held before the Court on January 29, 2013, the Court adopted the following scheduling order:

    Defendant Kathleen Colavito shall file a motion for summary judgment by no later than April 5, 2013. Response for Defendants Domenic Colavito and Teresa Mamone Colavito is due by no later than May 6, 2013. Defendant Kathleen Colavito shall submit any reply by May 24, 2013. Sur-reply papers will not be accepted unless prior permission of the Court is given.

    Counsel are reminded that there is a strict page limit, which will only be extended in extreme circumstances.

    Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed while the motion is pending.

    Courtesy copies of the moving papers are to be served upon counsel by the assigned dates. One courtesy copy of all papers also shall be sent to this Court at the time they are served upon opposing counsel.

    If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    White Plains, New York
                January 30, 2013

                                              KENNETH M. KARAS
                                          UNITED STATES DISTRICT JUDGE