UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
SUN LIFE AND HEALTH
INSURANCE COMPANY (U.S.),

                                            DECLARATION OF
                                            PAUL J. GOLDSTEIN

                Plaintiff/Stakeholder,

      -against-

KATHLEEN COLAVITO,                              Docket No. 7:11-cv-05225-KMK
DOMENIC COLAVITO and
TERESA MAMONE COLAVITO,

                Defendants/Claimants.
----------------------------------------------------------------------x

       **PAUL J. GOLDSTEIN** affirms the following statements are true under penalties of perjury:

1. I am a member of the firm of GOLDSTEIN & GOLDSTEIN, LLP, attorneys for the Claimants, DOMENIC COLAVITO and TERESA MAMONE COLAVITO, and as such am familiar with this matter. I submit this declaration, the accompanying Responses to Claimant's Statement of Facts, and Memorandum of Law, in opposition to Claimant Kathleen Colavito's motion for summary judgment.

2. Attached hereto is Exhibit "A", a copy of the deposition transcript of Kathleen Colavito.

3. Attached hereto is Exhibit "B", Tape Recording of Matthew Colavito, dated October 17, 2010, and transcript of the tape recording.

4. Attached hereto is Exhibit "C", a copy of the deposition transcript of Peter Wang, Benefits Administrator at BOCES.

5. Attached hereto is Exhibit "D", a copy of the deposition transcript of Matthew Carr,

    Business Administrator of Human Resources for BOCES in 2007-2012.

6.    Attached hereto is Exhibit "E" is "Your Group Life Benefits", Cover, inside Cover, and p. pps. 31-32.

7.    Attached hereto is Exhibit "F", Summary and Detail Payroll Record of Matthew Colavito, from BOCES.

    WHEREFORE, for the reasons set forth in the claimant's accompanying papers, the Court should deny Kathleen Colavito's motion for summary judgment, in its entirety.

Dated: May 3, 2013
       Poughkeepsie, New York

    Yours, etc.

    GOLDSTEIN & GOLDSTEIN, LLP
    Attorneys for Claimants, Domenic Colavito
    and Teresa Colavito

    **/s Paul J. Goldstein**
    Paul J. Goldstein, Esq. (9722)
    40 Garden Street
    Poughkeepsie, NY 12601
    (845) 473-5100
    Fax: (845) 454-4783
    Paul@goldsteinlawfirm.com