UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUN LIFE AND HEALTH INSURANCE
COMPANY (U.S.),

                              Plaintiff,

  -against-

Docket No.: 7:11-CV-5225 (KMK)

KATHLEEN COLAVITO, DOMENIC COLAVITO
and TERESA MAMONE COLAVITO,

                             Defendants.
------------------------------------------------------------X

          **ORDER TO DISBURSE FUNDS FROM REGISTRY OF THE OF THE COURT**

       The Court having reviewed the file and pleadings therein and, in accordance with the Opinion and Order of this Court, dated March 28, 2014, and the Court being otherwise fully advised, it is therefore

       ORDERED AND ADJUDGED that the Clerk of the Court is hereby directed to disburse all the funds held in the Registry of the Court to the Defendant. Such disbursement shall be by check made payable to the Order of Michael Martin, Esq., as attorney.

       DONE AND ORDERED in Westchester County, New York on the 5th day of May, 2014

                                                    KENNETH M. KARAS
                                                    UNITED STATED DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED